**Writ Denied and Opinion Filed November 26, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01499-CV

## IN RE PAUL JACOBS, Relator

**Original Proceeding from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-54735-2014**

# MEMORANDUM OPINION

Before Justices Bridges, Lang-Miers, and Evans
Opinion by Justice Lang-Miers

Relator Paul Jacobs filed a notice of appeal in which he indicated a desire to appeal the trial court's order which he states found him in civil contempt and ordered him confined until he pays $10,000. Courts of appeals lack jurisdiction to review contempt orders on direct appeal. *Norman v. Norman*, 692 S.W.2d 655, 655 (Tex. 1985) (per curiam); *Tracy v. Tracy*, 219 S.W.3d 527, 530 (Tex. App.—Dallas 2007, no pet.). Contempt orders involving confinement may be reviewed by writ of habeas corpus; contempt orders that do not involve confinement may be reviewed only through mandamus. *Tracy*, 219 S.W.3d at 530. Accordingly, we treat relator's notice of appeal as a petition for writ of habeas corpus. We deny relief because the notice of appeal does not comply with the requirements of rule 52 of

the Texas Rules of Appellate Procedure and fails to establish any basis for relief as a result.

*See* TEX. R. APP. P. 52.


        /s/ Elizabeth Lang-Miers
        ELIZABETH LANG-MIERS
        JUSTICE

141499F.P05